M. L. BRYANT v. STATE.

No. A-2031.   Opinion Filed September 19, 1914.

Appeal from County Court, Garvin County;

W. R. Wallace, Judge.

M. L. Bryant was convicted of violating the prohibitory law, and appeals.   Affirmed.

Carr & Fields, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, M. L. Bryant, was convicted at the January, 1913, term of the county court of Garvin county on a charge of unlawfully conveying intoxicating liquor from one place in Garvin county, Oklahoma, to another place therein, and his punishment fixed at a fine of one hundred dollars and imprisonment in the county jail for a period of thirty days. A careful examination of the record discloses no error sufficient to justify a reversal. The judgment of the trial court is, therefore, affirmed.